**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 306 EAL 2014
:
              Respondent     :
: Petition for Allowance of Appeal from the
: **Unpublished Memorandum and Order**
      v.            : of the Superior Court at No. 2876 EDA
: 2009 filed November 12, 2010, **affirming**
: the Judgment of Sentence of the
MAURICE SMITH,          : Philadelphia County Court of Common
: Pleas at Nos. CP-51-CR-0011502-2007
            Petitioner     : and MC-51-CR-0008260-2007 filed
: September 17, 2009

## ORDER

**PER CURIAM**

     **AND NOW**, this 24th day of September 2014, the Petition for Allowance of Appeal is **GRANTED** and the judgments of sentence for robbery and conspiracy are **VACATED**. See Commonwealth v. Tarver, 426 A.2d 569 (Pa. 1981) (holding that sentences for second-degree murder and robbery merge where the factual basis for the conviction for second-degree murder is the same as that of the robbery.) Accord Commonwealth v. Boone, 2009 Pa. LEXIS 925 (Pa. 2009). Case **REMANDED** to the Court of Common Pleas for resentencing for the conspiracy offense. The Petition for Allowance of Appeal is **DENIED** in all other respects.